# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **KADIE HODNETT** )<br>        **Plaintiff** )<br> )<br>**V.** )<br> )<br>**ENTERTAINMENT AND HARBOR** )<br>**CRUISES LIMITED LIABILITY COMPANY** )<br>  **d/b/a SIR WINSTON** )<br>        **Defendant** )<br> ) | **Civ. Act. No.:** |

## PLAINTIFF'S COMPLAINT AND DEMAND FOR JURY TRIAL

## GENERAL FACTUAL ALLEGATIONS

1.      The Plaintiff, Kadie Hodnett, is a resident of North Dighton, Massachusetts.

2.      The Defendant, Entertainment and Harbor Cruises Limited Liability Company is a corporation duly organized under the laws of Florida and transacts business under the assumed fictitious name of Sir Winston.

3.      On or about 2024, the Defendant, Entertainment and Harbor Cruises Limited Liability Company was in the business of offering public cruises for several hours.

4.      On or about 2024, the Defendant, Entertainment and Harbor Cruises Limited Liability Company was doing business in the Commonwealth of Massachusetts.

5.      On or about August 31, 2024, the Defendant, Entertainment and Harbor Cruises Limited Liability Company owned the M/V SIR WINSTON.

6.      On or about August 31, 2024, the Defendant, Entertainment and Harbor Cruises Limited Liability Company operated M/V SIR WINSTON.

7.      On or about August 31, 2024, the Defendant, Entertainment and Harbor Cruises Limited Liability Company controlled M/V SIR WINSTON.

8.      The Defendant, Entertainment and Harbor Cruises Limited Liability Company chartered M/V SIR WINSTON from some other person or entity such that, on or about August 31, 2024, the Defendant, Entertainment and Harbor Cruises Limited Liability Company was the owner pro hac vice of M/V SIR WINSTON.

9.      On or about August 31, 2024, M/V SIR WINSTON was in navigable waters.

10.     On or about August 31, 2024, the Plaintiff, Kadie Hodnett was a paying passenger aboard M/V SIR WINSTON.

11.     On or about August 31, 2024, the Plaintiff fell disembarking the vessel.

12.     On or about August 31, 2024, the Plaintiff, Kadie Hodnett sustained serious and permanent injuries, which include but are not limited to traumatic brain injury, post-concussion syndrome, neurological issues and other medical conditions which will be shown at trial.

13.     Prior to and at the time she sustained the above-mentioned personal injuries, the Plaintiff, Kadie Hodnett was exercising due care.

## JURISDICTION

14.     This Court has subject matter jurisdiction over this matter pursuant to 28 U.S.C. § 1332. The Parties are diverse in that the Plaintiff is a resident of Massachusetts and the Defendant, Entertainment and Harbor Cruises Limited Liability Company is a Florida corporation.  The amount in controversy, exclusive of interests and costs, exceeds the sum specified by 28 U.S.C. § 1332.  In the event that diversity jurisdiction does not apply, this matter is being brought under the admiralty and maritime jurisdiction of the Court, 28 USC  § 1333.

## COUNT I

## HODNETT V. ENTERTAINMENT AND HARBOR CRUISES LIMITED LIABILITY COMPANY

15.    The Plaintiff reiterates the allegations set forth in paragraphs 1 through 14 above.

16.    The Defendant had a duty to provide reasonable care to the Plaintiff Kadie Hodnett.

17.    The personal injuries sustained by the Plaintiff, Kadie Hodnett, were not caused by any fault on her part, but were caused by the negligence, gross negligence, willful, wanton or outrageous conduct and reckless indifference for the rights of others by the Defendant, Entertainment and Harbor Cruises Limited Liability Company its agents, servants and/or employees, including but not limited to the following:

a.    Failure to have a safe means of ingress and egress causing Plaintiff's incident and injuries;

b.    Failure to properly maintain and inspect the ingress and egress to the M/V SIR WINSTON causing the Plaintiff's incident and injuries;

c.    Failure to warn Plaintiff of a potentially dangerous condition of the means of the ingress and egress to the vessel causing Plaintiff's incident and injuries;

d.    Failure to maintain the M/V SIR WINSTON in a safe condition causing Plaintiff's incident and injuries;

e.    Failure to safely and properly operate the vessel;

f.    Any other negligent acts that will be shown at trial.

18.    As a result of said injuries, the Plaintiff, Kadie Hodnett, has suffered pain of body and anguish of mind, lost time from his usual work and pursuits, incurred medical expenses, and has sustained and will sustain other damages as will be shown at trial.

WHEREFORE, the Plaintiffs demands judgment against the Defendant, Entertainment and Harbor Cruises Limited Liability Company for all damages recoverable under the law against the Defendant, Entertainment and Harbor Cruises Limited Liability Company together with interest and costs.


**THE PLAINTIFF DEMANDS A JURY TRIAL**

> **Respectfully submitted for the**
> **the Plaintiff, KADIE HODNETT**
> **by his attorney,**
>
>
> /s/ Carolyn M. Latti
> Carolyn M. Latti
> BBO #567394
> Mallory Haeflich
> BBO #712323
> Latti Associates LLC
> 29-31 Union Wharf
> Boston, MA 02109
> (617) 523-1000
> clatti@lattiassociates.com
> mhaeflich@lattiassociates.com


Dated:  August 29, 2025